UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
Attorney for debtor

In Re:

Carol A. Kuhn

| | |
|---|---|
| Case No.: | 24-13375 |
| Chapter: | 13 |
| Hearing Date: | 08/07/2024 |
| Judge: | RG |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Second modified plan dated 06/30/2024, filed 06/30/2024.

Date: 07/11/2024

/s/ Stacey L. Mullen, Esquire
Signature

*rev.8/1/15*