Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−13375−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol A. Kuhn
   111 Upper Creek Road
   Stockton, NJ 08559

Social Security No.:
   xxx−xx−4988

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 23, 2024.


Dated: August 23, 2024
JAN: slm

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Carol A. Kuhn  
    Debtor

Case No. 24-13375-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Aug 23, 2024      Form ID: plncf13      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol A. Kuhn, 111 Upper Creek Road, Stockton, NJ 08559-1209 |
| 520212653 | + | Arcadia Recovery Bureau, P.O. Box 70256, Philadelphia, PA 19176-0256 |
| 520212632 | + | Flagstar, P.O. Box 619063, Dallas, TX 75261-9063 |
| 520212655 | + | Hunterdon Medical Center, Payment Processing Center-Avadyne Health, P.O. Box 801696, Kansas City, MO 64180-1696 |
| 520212657 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, Jersey Central Power & Light, 300 Madison Avenue, Morristown, NJ 07960 |
| 520212658 | + | PA Dept. of Revenue, P.O. Box 280431, Harrisburg, PA 17128-0431 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 23 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 23 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520212633 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 23 2024 20:46:00 | Honda Financial Services, P.O. Box 1027, Alpharetta, GA 30009 |
| 520216297 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 23 2024 20:46:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520212637 | + | Email/PDF: bncnotices@becket-lee.com | Aug 23 2024 21:06:21 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 520235123 | | Email/PDF: bncnotices@becket-lee.com | Aug 23 2024 20:55:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520212642 | + | Email/Text: bk@avant.com | Aug 23 2024 20:46:00 | Avant, LLC, P.O. Box 1429, Carol Stream, IL 60132-1429 |
| 520212638 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 23 2024 20:45:00 | Barclays, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 520212647 | | Email/Text: cfcbackoffice@contfinco.com | Aug 23 2024 20:45:00 | Surge, P.O. Box 6812, Carol Stream, IL 60197 |
| 520251772 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 20:53:40 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520212654 | + | Email/Text: bankruptcy@certified-solutions.com | Aug 23 2024 20:45:00 | Certified, P.O. Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520290812 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 20:52:41 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520212644 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: plncf13 | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 23 2024 20:46:00 | Concora Credit, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 520212652 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 23 2024 20:52:48 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 520212640 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 23 2024 20:54:13 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 520292434 | + | Email/Text: cashiering-administrationservices@flagstar.com | Aug 23 2024 20:46:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520212645 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 23 2024 20:46:00 | Genesis FS Card Services, P.O. Box 23030, Columbus, GA 31902-3030 |
| 520212634 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 23 2024 20:45:00 | IRS, P.O. Box 724, Springfield, NJ 07081 |
| 520264585 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 23 2024 20:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520212643 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 23 2024 20:44:00 | Kohl's, P.O. Box 1456, Charlotte, NC 28201-1456 |
| 520288952 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 21:06:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520212650 | + | Email/Text: Documentfiling@lciinc.com | Aug 23 2024 20:44:00 | Lending Club, 595 Market Street, #200, San Francisco, CA 94105-2802 |
| 520253666 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 23 2024 20:53:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520212636 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 23 2024 20:55:08 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 520212656 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 23 2024 20:46:00 | NYS Assessment Receivables, P.O. Box 4127, Binghamton, NY 13902-4127 |
| 520212639 | ^ | MEBN | Aug 23 2024 20:44:06 | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 520215568 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 23 2024 20:46:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 520214717 | + | Email/PDF: cbp@omf.com | Aug 23 2024 20:55:25 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 520291369 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2024 20:53:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520212646 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2024 20:52:41 | PayPal Credit/SYNCB, P.O. Box 71707, Philadelphia, PA 19176-1707 |
| 520212651 | ^ | MEBN | Aug 23 2024 20:40:46 | Prosper, P.O. Box 886081, Los Angeles, CA 90088-6081 |
| 520294548 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 20:46:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520294549 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 20:46:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520289281 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 20:46:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520294546 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 20:46:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520288424 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 20:46:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |

Case 24-13375-RG    Doc 37    Filed 08/25/24    Entered 08/26/24 00:16:05    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: plncf13 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 520340403 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 20:52:44 | Resurgent Receivables, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520340404 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 21:06:04 | Resurgent Receivables, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables, LLC, c/o Resurgent Capital Services 29603-0587 |
| 520212635 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 23 2024 20:44:00 | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695 |
| 520293975 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 20:52:50 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520288177 | | Email/Text: bncmail@w-legal.com | Aug 23 2024 20:45:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520212641 | + | Email/Text: bncmail@w-legal.com | Aug 23 2024 20:45:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 520212648 | | Email/Text: bknotice@upgrade.com | Aug 23 2024 20:44:00 | Upgrade, 2 N. Central Avenue, Floor 10, Phoenix, AZ 85004 |
| 520212649 | | Email/Text: bknotice@upgrade.com | Aug 23 2024 20:44:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 520214524 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 23 2024 20:53:39 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stacey L. Mullen | |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: plncf13 | Total Noticed: 51 |

on behalf of Debtor Carol A. Kuhn slmullen@comcast.net

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4