TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court**
**MLK Jr Federal Building**
**50 Walnut Street**
**Newark, NJ 07102**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Jersey Central Power & Light
BUILDING 3
331 NEWMAN SPRINGS ROAD
RED BANK NJ 07701-5688


THE UPDATED ADDRESS IS:

Jersey Central Power & Light
P.O. Box 16001
Reading, PA 19612

_____

_____



__/s/ Stacey L. Mullen, Esquire_____  _____9/24/2024_____
Signature of Debtor or Debtor's Attorney                                    Date