**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN 38101-0520

November 08, 2024

**Re: Standing Trustee's Notice of Distribution**
**Case No: 24-13375**

On August 23, 2024 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 8, 2024

**Chapter 13 Case # 24-13375**

Atty: STACEY L. MULLEN, ESQ.

Re: CAROL A. KUHN
111 UPPER CREEK ROAD
STOCKTON, NJ 08559

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $129,300.00**

## RECEIPTS (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/15/2024 | $1,800.00 | 240557117 | 06/11/2024 | $1,800.00 | 240635351 |
| 07/02/2024 | $1,800.00 | 240724484 | 08/12/2024 | $2,000.00 | 241838357 |
| 09/11/2024 | $2,180.00 | 242220262 | 10/16/2024 | $2,090.00 | 867000161 |

**Total Receipts: $11,670.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $11,670.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 712.40 | |
| ATTY | ATTORNEY | ADMIN | 4,250.00 | 100.00% | 4,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 5,114.81 | * | 0.00 | |
| 0002 | ARCADIA RECOVERY BUREAU | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,798.26 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 708.12 | * | 0.00 | |
| 0005 | CERTIFIED | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 1,138.85 | * | 0.00 | |
| 0007 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,725.94 | * | 0.00 | |
| 0009 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0010 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 44.04 | 100.00% | 5.31 | |
| 0012 | HUNTERDON MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | JERSEY CENTRAL POWER & LIGHT | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | LENDING CLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | MERRICK BANK | UNSECURED | 1,333.68 | * | 0.00 | |
| 0018 | NYS ASSESSMENT RECEIVABLES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 8,803.07 | * | 0.00 | |
| 0020 | PENNSYLVANIA DEPARTMENT OF REVEN | UNSECURED | 525.89 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0021 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 2,263.91 | * | 0.00 | |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 10,580.62 | * | 0.00 | |
| 0023 | STATE OF NJ | PRIORITY | 6,647.00 | 100.00% | 0.00 | |
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 624.37 | * | 0.00 | |
| 0025 | TARGET CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | QUANTUM3 GROUP LLC | UNSECURED | 6,538.67 | * | 0.00 | |
| 0030 | UNITED STATES TREASURY/IRS | UNSECURED | 120,901.23 | * | 0.00 | |
| 0031 | AVANT, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | TD BANK USA NA | UNSECURED | 462.25 | * | 0.00 | |
| 0033 | RESURGENT RECEIVABLES, LLC | UNSECURED | 979.81 | * | 0.00 | |
| 0034 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 8,193.69 | 100.00% | 0.00 | |
| 0035 | NEW YORK STATE DEPARTMENT OF TAX | UNSECURED | 6,753.64 | * | 0.00 | |
| 0036 | FLAGSTAR BANK | (NEW) Prepetition A | 4,239.71 | 100.00% | 907.36 | |
| 0037 | UNITED STATES TREASURY/IRS | SECURED | 17,878.32 | 100.00% | 3,826.21 | |
| 0038 | UNITED STATES TREASURY/IRS | PRIORITY | 70,797.11 | 100.00% | 0.00 | |
| 0039 | CAPITAL ONE NA | UNSECURED | 859.74 | * | 0.00 | |
| 0040 | STATE OF NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 944.01 | * | 0.00 | |
| 0042 | LVNV FUNDING LLC | UNSECURED | 599.45 | * | 0.00 | |
| 0043 | LVNV FUNDING LLC | UNSECURED | 517.87 | * | 0.00 | |
| 0044 | CITIBANK NA | UNSECURED | 396.88 | * | 0.00 | |
| 0045 | QUANTUM3 GROUP LLC | UNSECURED | 4,632.99 | * | 0.00 | |
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,340.56 | * | 0.00 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,777.70 | * | 0.00 | |
| 0048 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | PENNSYLVANIA DEPARTMENT OF REVEN | PRIORITY | 4,328.79 | 100.00% | 0.00 | |

**Total Paid: $9,701.28**
See Summary

## LIST OF PAYMENTS TO CLAIMS (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | 09/16/2024 | $5.31 | 933333 | | | |
| FLAGSTAR BANK | 09/16/2024 | $511.17 | 933544 | 10/21/2024 | $396.19 | 934958 |
| UNITED STATES TREASURY/IRS | 09/16/2024 | $2,155.52 | 8004290 | 10/21/2024 | $1,670.69 | 8004334 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: November 08, 2024.

Receipts: $11,670.00 - Paid to Claims: $4,738.88 - Admin Costs Paid: $4,962.40 = Funds on Hand: $1,968.72

Base Plan Amount: $129,300.00 - Receipts: $11,670.00 = Total Unpaid Balance: **$117,630.00

****NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.