STACEY L. MULLEN, ESQ.
2091 SPRINGDALE ROAD
SUITE 17
CHERRY HILL, NJ 08003

Re: CAROL A. KUHN
111 UPPER CREEK ROAD
STOCKTON, NJ 08559

Atty: STACEY L. MULLEN, ESQ.
2091 SPRINGDALE ROAD
SUITE 17
CHERRY HILL, NJ 08003

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
**Chapter 13 Case # 24-13375**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $129,300.00**

## RECEIPTS AS OF 01/01/2025

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/15/2024 | $1,800.00 | 240557117 | 06/11/2024 | $1,800.00 | 240635351 |
| 07/02/2024 | $1,800.00 | 240724484 | 08/12/2024 | $2,000.00 | 241838357 |
| 09/11/2024 | $2,180.00 | 242220262 | 10/16/2024 | $2,090.00 | 867000161 |
| 11/27/2024 | $2,180.00 | 242765730 | 12/12/2024 | $2,180.00 | 242885654 |

**Total Receipts: $16,030.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $16,030.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | |
| | 09/16/2024 | $5.31 | 933,333 | 11/18/2024 | $8.02 | 936,213 |
| FLAGSTAR BANK | | | | | | |
| | 09/16/2024 | $511.17 | 933,544 | 10/21/2024 | $396.19 | 934,958 |
| | 11/18/2024 | $375.84 | 936,432 | | | |
| NATIONSTAR MORTGAGE LLC | | | | | | |
| | 12/16/2024 | $392.02 | 937,197 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 09/16/2024 | $2,155.52 | 8,004,290 | 10/21/2024 | $1,670.69 | 8,004,334 |
| | 11/18/2024 | $1,584.86 | 8,004,374 | 12/16/2024 | $1,653.11 | 8,004,414 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 974.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,250.00 | 100.00% | 4,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 5,114.81 | * | 0.00 | |

**Chapter 13 Case # 24-13375**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0002 | ARCADIA RECOVERY BUREAU | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,798.26 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 708.12 | * | 0.00 | |
| 0005 | CERTIFIED | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 1,138.85 | * | 0.00 | |
| 0007 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,725.94 | * | 0.00 | |
| 0009 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0010 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 44.04 | 100.00% | 21.47 | |
| 0012 | HUNTERDON MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | JERSEY CENTRAL POWER & LIGHT | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | LENDING CLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | MERRICK BANK | UNSECURED | 1,333.68 | * | 0.00 | |
| 0018 | NYS ASSESSMENT RECEIVABLES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 8,803.07 | * | 0.00 | |
| 0020 | PENNSYLVANIA DEPARTMENT OF REVEN | UNSECURED | 525.89 | * | 0.00 | |
| 0021 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 2,263.91 | * | 0.00 | |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 10,580.62 | * | 0.00 | |
| 0023 | STATE OF NJ | PRIORITY | 6,647.00 | 100.00% | 0.00 | |
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 624.37 | * | 0.00 | |
| 0025 | TARGET CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | QUANTUM3 GROUP LLC | UNSECURED | 6,538.67 | * | 0.00 | |
| 0030 | UNITED STATES TREASURY/IRS | UNSECURED | 120,901.23 | * | 0.00 | |
| 0031 | AVANT, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | TD BANK USA NA | UNSECURED | 462.25 | * | 0.00 | |
| 0033 | RESURGENT RECEIVABLES, LLC | UNSECURED | 979.81 | * | 0.00 | |
| 0034 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 9,410.47 | 100.00% | 0.00 | |
| 0035 | NEW YORK STATE DEPARTMENT OF TAX | UNSECURED | 6,753.64 | * | 0.00 | |
| 0036 | NATIONSTAR MORTGAGE LLC | (NEW) Prepetition A | 4,239.71 | 100.00% | 2,067.24 | |
| 0037 | UNITED STATES TREASURY/IRS | SECURED | 17,878.32 | 100.00% | 8,717.29 | |
| 0038 | UNITED STATES TREASURY/IRS | PRIORITY | 70,797.11 | 100.00% | 0.00 | |
| 0039 | CAPITAL ONE NA | UNSECURED | 859.74 | * | 0.00 | |
| 0040 | STATE OF NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 944.01 | * | 0.00 | |
| 0042 | LVNV FUNDING LLC | UNSECURED | 599.45 | * | 0.00 | |
| 0043 | LVNV FUNDING LLC | UNSECURED | 517.87 | * | 0.00 | |
| 0044 | CITIBANK NA | UNSECURED | 396.88 | * | 0.00 | |
| 0045 | QUANTUM3 GROUP LLC | UNSECURED | 4,632.99 | * | 0.00 | |
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,340.56 | * | 0.00 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,777.70 | * | 0.00 | |
| 0048 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | PENNSYLVANIA DEPARTMENT OF REVEN | PRIORITY | 4,328.79 | 100.00% | 0.00 | |

**Total Paid: $16,030.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $16,030.00 - Paid to Claims: $10,806.00 - Admin Costs Paid: $5,224.00 = Funds on Hand: $0.00

**Chapter 13 Case # 24-13375**

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.