Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−13375−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol A. Kuhn
   111 Upper Creek Road
   Stockton, NJ 08559

Social Security No.:
   xxx−xx−4988

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/18/25 at 10:00 AM

to consider and act upon the following:

**49** − Motion for Relief from Stay re: 111 Upper Creek Rd., Stockton, NJ 08559−1209. Fee Amount $ 199. Filed by Laura M. Egerman on behalf of Nationstar Mortgage LLC. Hearing scheduled for 5/21/2025 at 10:00 AM, RG − Courtroom 3E, Newark.. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Egerman, Laura)

Dated: 5/22/25

                                             Jeanne Naughton
                                             Clerk, U.S. Bankruptcy Court