Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on June 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Carol A. Kuhn, | Case No. 24-13375-MEH |
|  | Hearing Date: June 18, 2025 at 10:00 a.m. |
| Debtor. | Judge: Mark E. Hall |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: June 10, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtor:           Carol A. Kuhn
Case No.:         24-13375-MEH
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Nationstar Mortgage LLC ("Secured Creditor"), and Carol A. Kuhn ("Debtor") having filed opposition thereto, with respect to Secured Creditor's lien on Debtor's real property commonly known as 111 Upper Creek Road, Stockton, NJ 08559, ("Property"), and the parties having consented to the entry of the within Order, and for good cause shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent two (2) post-petition payments due May 1, 2025 through June 1, 2025, each payment in the amount of $4,132.40, less suspense of $869.40, for a total delinquency of $7,395.40.

2. Debtor shall cure the arrears in the amount of $7,395.40 by making five (5) equal monthly payments of $1,232.57, beginning July 1, 2025 through November 1, 2025, and one (1) payment in the amount of $1,232.55 on or before December 1, 2025.

3. Debtor shall resume post-petition payments to be paid timely and in full with the July 1, 2025 payment.

4. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 111 Upper Creek Road, Stockton, NJ 08559.

Page 3

Debtor:              Carol A. Kuhn
Case No.:            24-13375-RG
Caption of Order:    **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

5. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.


Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLP | Law Office of Stacey L. Mullen |
| Attorney for the Secured Creditor | Attorney for the Debtor |

By: __/ /_____          By: _____
      Laura Egerman                       Stacey L. Mullen

Date: 06/10/2025                     Date: 6/10/25