Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on June 10, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Carol A. Kuhn,<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 24-13375-MEH<br><br>Hearing Date: June 18, 2025 at 10:00 a.m.<br><br>Judge: Mark E. Hall |
|---|---|

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: June 10, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtor:            Carol A. Kuhn
Case No.:          24-13375-MEH
Caption of Order:  **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Nationstar Mortgage LLC ("Secured Creditor"), and Carol A. Kuhn ("Debtor") having filed opposition thereto, with respect to Secured Creditor's lien on Debtor's real property commonly known as 111 Upper Creek Road, Stockton, NJ 08559, ("Property"), and the parties having consented to the entry of the within Order, and for good cause shown ,it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent two (2) post-petition payments due May 1, 2025 through June 1, 2025, each payment in the amount of $4,132.40, less suspense of $869.40, for a total delinquency of $7,395.40.

2. Debtor shall cure the arrears in the amount of $7,395.40 by making five (5) equal monthly payments of $1,232.57, beginning July 1, 2025 through November 1, 2025, and one (1) payment in the amount of $1,232.55 on or before December 1, 2025.

3. Debtor shall resume post-petition payments to be paid timely and in full with the July 1, 2025 payment.

4. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 111 Upper Creek Road, Stockton, NJ 08559.

Page 3

Debtor: Carol A. Kuhn
Case No.: 24-13375-RG
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

5. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLP
Attorney for the Secured Creditor

By: /_/_
   Laura Egerman

Date: 06/10/2025

Law Office of Stacey L. Mullen
Attorney for the Debtor

By: _____
   Stacey L. Mullen

Date: 6/10/25

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-13375-MEH
Carol A. Kuhn  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1
Date Rcvd: Jun 10, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carol A. Kuhn, 111 Upper Creek Road, Stockton, NJ 08559-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stacey L. Mullen | on behalf of Debtor Carol A. Kuhn slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5