Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−13375−TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol A. Kuhn
   111 Upper Creek Road
   Stockton, NJ 08559

Social Security No.:
   xxx−xx−4988

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 29, 2025.

On 10/27/25 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable MARK E HALL on:

Date:                December 3, 2025
Time:                 08:30 AM
Location:            Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 28, 2025
JAN: dmc

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Carol A. Kuhn  
    Debtor

Case No. 24-13375-TBA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Oct 28, 2025     Form ID: 185     Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol A. Kuhn, 111 Upper Creek Road, Stockton, NJ 08559-1209 |
| 520212653 | + | Arcadia Recovery Bureau, P.O. Box 70256, Philadelphia, PA 19176-0256 |
| 520212632 | + | Flagstar, P.O. Box 619063, Dallas, TX 75261-9063 |
| 520212655 | + | Hunterdon Medical Center, Payment Processing Center-Avadyne Health, P.O. Box 801696, Kansas City, MO 64180-1696 |
| 520212658 | + | PA Dept. of Revenue, P.O. Box 280431, Harrisburg, PA 17128-0431 |
| 520425362 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 28 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520212633 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 28 2025 20:51:00 | Honda Financial Services, P.O. Box 1027, Alpharetta, GA 30009 |
| 520216297 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 28 2025 20:51:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520212637 | + | Email/PDF: bncnotices@becket-lee.com | Oct 28 2025 21:12:11 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 520235123 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2025 21:11:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520212642 | + | Email/Text: bk@avant.com | Oct 28 2025 20:51:00 | Avant, LLC, P.O. Box 1429, Carol Stream, IL 60132-1429 |
| 520212638 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 28 2025 20:50:00 | Barclays, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 520212647 | | Email/Text: cfcbackoffice@contfinco.com | Oct 28 2025 20:50:00 | Surge, P.O. Box 6812, Carol Stream, IL 60197 |
| 520251772 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2025 21:11:44 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520212654 | + | Email/Text: bankruptcy@certified-solutions.com | Oct 28 2025 20:50:00 | Certified, P.O. Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520290812 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2025 21:12:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520212644 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 28 2025 20:51:00 | Concora Credit, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 520212652 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 28 2025 20:59:45 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 520212640 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 28 2025 21:11:47 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 520292434 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2025 20:49:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520212645 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 28 2025 20:51:00 | Genesis FS Card Services, P.O. Box 23030, Columbus, GA 31902-3030 |
| 520212634 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2025 20:50:00 | IRS, P.O. Box 724, Springfield, NJ 07081 |
| 520264585 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2025 20:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520212657 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 28 2025 20:50:00 | Jersey Central Power & Light, PO Box 16001, Reading, PA 19612-6001 |
| 520212643 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2025 21:12:09 | Kohl's, P.O. Box 1456, Charlotte, NC 28201-1456 |
| 520288952 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2025 21:11:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520212650 | + | Email/Text: Documentfiling@lciinc.com | Oct 28 2025 20:49:00 | Lending Club, 595 Market Street, #200, San Francisco, CA 94105-5839 |
| 520253666 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2025 21:11:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520212636 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2025 21:00:02 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 520478804 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2025 20:49:00 | Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741 |
| 520478805 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2025 20:49:00 | Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741 |
| 520212656 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 28 2025 20:51:00 | NYS Assessment Receivables, P.O. Box 4127, Binghamton, NY 13902-4127 |
| 520212639 | ^ | MEBN | Oct 28 2025 20:50:24 | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 520215568 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 28 2025 20:51:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 520214717 | + | Email/PDF: cbp@omf.com | Oct 28 2025 21:12:05 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 520291369 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2025 21:00:50 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520212651 | | Email/Text: ProsperBK@prosper.com | Oct 28 2025 20:50:00 | Prosper, P.O. Box 886081, Los Angeles, CA 90088 |
| 520212646 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2025 21:11:48 | PayPal Credit/SYNCB, P.O. Box 71707, Philadelphia, PA 19176-1707 |
| 520294548 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2025 20:50:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520294549 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2025 20:50:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520289281 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2025 20:50:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520294546 | | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: 185 | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| | | Oct 28 2025 20:50:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520288424 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Oct 28 2025 20:50:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520340403 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 28 2025 20:59:47 | Resurgent Receivables, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520340404 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 28 2025 21:00:18 | Resurgent Receivables, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables, LLC, c/o Resurgent Capital Services 29603-0587 |
| 520212635 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Oct 28 2025 20:49:00 | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695 |
| 520293975 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Oct 28 2025 21:11:41 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520288177 | Email/Text: bncmail@w-legal.com | | |
| | | Oct 28 2025 20:50:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520212641 | + Email/Text: bncmail@w-legal.com | | |
| | | Oct 28 2025 20:50:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 520212648 | Email/Text: bknotice@upgrade.com | | |
| | | Oct 28 2025 20:49:00 | Upgrade, 2 N. Central Avenue, Floor 10, Phoenix, AZ 85004 |
| 520212649 | Email/Text: bknotice@upgrade.com | | |
| | | Oct 28 2025 20:49:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 520214524 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Oct 28 2025 20:59:46 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 28, 2025 | Form ID: 185 | Total Noticed: 54 |

Denise E. Carlon
    on behalf of Creditor FLAGSTAR BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Stacey L. Mullen
    on behalf of Debtor Carol A. Kuhn slmullen@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5