STACEY L. MULLEN, ESQ.
2091 SPRINGDALE ROAD
SUITE 17
CHERRY HILL, NJ 08003

Re: CAROL A. KUHN
111 UPPER CREEK ROAD
STOCKTON, NJ 08559

Atty: STACEY L. MULLEN, ESQ.
2091 SPRINGDALE ROAD
SUITE 17
CHERRY HILL, NJ 08003

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 24-13375**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $133,245.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/15/2024 | $1,800.00 | 240557117 | 06/11/2024 | $1,800.00 | 240635351 |
| 07/02/2024 | $1,800.00 | 240724484 | 08/12/2024 | $2,000.00 | 241838357 |
| 09/11/2024 | $2,180.00 | 242220262 | 10/16/2024 | $2,090.00 | 867000161 |
| 11/27/2024 | $2,180.00 | 242765730 | 12/12/2024 | $2,180.00 | 242885654 |
| 01/23/2025 | $2,180.00 | 868030020 | 02/20/2025 | $2,193.00 | 867831546 |
| 03/25/2025 | $2,193.00 | 867877277 | 04/22/2025 | $2,193.00 | 868757995 |
| 05/23/2025 | $2,193.00 | 868758906 | 07/01/2025 | $2,193.00 | 619065797 |
| 07/15/2025 | $2,193.00 | 869122146 | 08/26/2025 | $2,193.00 | 244969525 |
| 09/30/2025 | $2,193.00 | 869235671 | 11/03/2025 | $2,193.00 | 870096903 |
| 12/23/2025 | $2,193.00 | 246393088 | 01/05/2026 | $2,269.00 | 871438353 |

**Total Receipts: $42,409.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $42,409.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | |
| | 09/16/2024 | $5.31 | 933,333 | 11/18/2024 | $8.02 | 936,213 |
| | 01/13/2025 | $8.14 | 939,038 | 03/17/2025 | $8.17 | 941,786 |
| | 05/12/2025 | $8.20 | 944,684 | 08/18/2025 | $6.20 | 948,951 |
| FLAGSTAR BANK | | | | | | |
| | 09/16/2024 | $511.17 | 933,544 | 10/21/2024 | $396.19 | 934,958 |
| | 11/18/2024 | $375.84 | 936,432 | | | |
| NATIONSTAR MORTGAGE LLC | | | | | | |
| | 12/16/2024 | $392.02 | 937,197 | 01/13/2025 | $392.02 | 938,627 |
| | 02/10/2025 | $392.02 | 940,023 | 03/17/2025 | $394.36 | 941,375 |
| | 04/14/2025 | $394.36 | 942,853 | 05/12/2025 | $394.36 | 944,277 |
| | 06/16/2025 | $264.83 | 945,681 | 06/16/2025 | $699.00 | 945,681 |
| | 08/18/2025 | $332.54 | 948,591 | | | |

**Chapter 13 Case # 24-13375**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | | | | | | |
| | 08/18/2025 | $250.62 | 949,316 | 09/16/2025 | $215.01 | 950,661 |
| | 10/20/2025 | $215.01 | 952,120 | 12/15/2025 | $279.89 | 954,973 |
| | 01/12/2026 | $279.89 | 956,388 | | | |
| PENNSYLVANIA DEPARTMENT OF REVENUE | | | | | | |
| | 08/18/2025 | $115.29 | 948,645 | 09/16/2025 | $98.90 | 949,907 |
| | 10/20/2025 | $98.90 | 951,331 | 12/15/2025 | $94.31 | 954,211 |
| | 01/12/2026 | $94.31 | 955,651 | | | |
| STATE OF NJ | | | | | | |
| | 08/18/2025 | $177.03 | 949,596 | 09/16/2025 | $151.87 | 950,965 |
| | 10/20/2025 | $151.87 | 952,450 | 12/15/2025 | $144.81 | 955,286 |
| | 01/12/2026 | $144.81 | 956,682 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 09/16/2024 | $2,155.52 | 8,004,290 | 10/21/2024 | $1,670.69 | 8,004,334 |
| | 11/18/2024 | $1,584.86 | 8,004,374 | 12/16/2024 | $1,653.11 | 8,004,414 |
| | 01/13/2025 | $1,653.11 | 8,004,455 | 02/10/2025 | $1,653.11 | 8,004,495 |
| | 03/17/2025 | $1,662.96 | 8,004,537 | 04/14/2025 | $1,662.96 | 8,004,578 |
| | 05/12/2025 | $1,662.96 | 8,004,616 | 06/16/2025 | $1,116.77 | 8,004,661 |
| | 08/18/2025 | $1,402.27 | 8,004,741 | 08/18/2025 | $1,885.50 | 8,004,741 |
| | 09/16/2025 | $1,617.57 | 8,004,782 | 10/20/2025 | $1,617.57 | 8,004,822 |
| | 12/15/2025 | $1,542.41 | 8,004,904 | 01/12/2026 | $1,542.41 | 8,004,946 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,447.09 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,250.00 | 100.00% | 4,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 5,114.81 | * | 0.00 | |
| 0002 | ARCADIA RECOVERY BUREAU | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,798.26 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 708.12 | * | 0.00 | |
| 0005 | CERTIFIED | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 1,138.85 | * | 0.00 | |
| 0007 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,725.94 | * | 0.00 | |
| 0009 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0010 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 44.04 | 100.00% | 44.04 | |
| 0012 | HUNTERDON MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | JERSEY CENTRAL POWER & LIGHT | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | LENDING CLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | MERRICK BANK | UNSECURED | 1,333.68 | * | 0.00 | |
| 0018 | NYS ASSESSMENT RECEIVABLES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 8,803.07 | * | 0.00 | |
| 0020 | PENNSYLVANIA DEPARTMENT OF REVEN | UNSECURED | 525.89 | * | 0.00 | |
| 0021 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 2,263.91 | * | 0.00 | |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 10,580.62 | * | 0.00 | |
| 0023 | STATE OF NJ | PRIORITY | 6,647.00 | 100.00% | 770.39 | |
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 624.37 | * | 0.00 | |
| 0025 | TARGET CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | QUANTUM3 GROUP LLC | UNSECURED | 6,538.67 | * | 0.00 | |
| 0030 | UNITED STATES TREASURY/IRS | UNSECURED | 120,901.23 | * | 0.00 | |
| 0031 | AVANT, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | TD BANK USA NA | UNSECURED | 462.25 | * | 0.00 | |
| 0033 | RESURGENT CAPITAL SERVICES | UNSECURED | 979.81 | * | 0.00 | |

**Chapter 13 Case # 24-13375**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0034 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 12,598.47 | 100.00% | 1,240.42 | |
| 0035 | NEW YORK STATE DEPARTMENT OF TAX | UNSECURED | 6,753.64 | * | 0.00 | |
| 0036 | NATIONSTAR MORTGAGE LLC | (NEW) Prepetition A | 4,239.71 | 100.00% | 4,239.71 | |
| 0037 | UNITED STATES TREASURY/IRS | SECURED | 17,878.32 | 100.00% | 17,878.32 | |
| 0038 | UNITED STATES TREASURY/IRS | PRIORITY | 70,797.11 | 100.00% | 8,205.46 | |
| 0039 | CAPITAL ONE NA | UNSECURED | 859.74 | * | 0.00 | |
| 0040 | STATE OF NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 944.01 | * | 0.00 | |
| 0042 | LVNV FUNDING LLC | UNSECURED | 599.45 | * | 0.00 | |
| 0043 | LVNV FUNDING LLC | UNSECURED | 517.87 | * | 0.00 | |
| 0044 | CITIBANK NA | UNSECURED | 396.88 | * | 0.00 | |
| 0045 | QUANTUM3 GROUP LLC | UNSECURED | 4,632.99 | * | 0.00 | |
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,340.56 | * | 0.00 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,777.70 | * | 0.00 | |
| 0048 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | PENNSYLVANIA DEPARTMENT OF REVEN | PRIORITY | 4,328.79 | 100.00% | 501.71 | |
| 0050 | NATIONSTAR MORTGAGE LLC | ADMINISTRATIVI | 699.00 | 100.00% | 699.00 | |

**Total Paid: $40,276.14**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $42,409.00 - Paid to Claims: $33,579.05 - Admin Costs Paid: $6,697.09 = Funds on Hand: $2,132.86

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.